DEAN v. CONE MILLS CORP.

No. 203A84.

Case below: 67 N.C. App. 237.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied as to additional issues 6 July 1984.

DEARMON v. B. MEARS CORP.

No. 253PA84.

Case below: 67 N.C. App. 640.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 6 July 1984.

FLEMING v. K-MART CORP.

No. 241PA84.

Case below: 67 N.C. App. 669.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 6 July 1984.

GARRIS v. CROMPTON PILOT MILLS

No. 71P84.

Case below: 65 N.C. App. 825.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 6 July 1984.

HOUSING AUTHORITY v. CLINARD

No. 178P84.

Case below: 67 N.C. App. 192.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 6 July 1984.